UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SA CV 14-1497-DOC (JCGx)                              Date:  January 14, 2015

Title:  CHRIS KOHLER V JUANA MARTINEZ, D/B/A ALBERTO'S MEXICAN FOOD

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Goltz | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
           None Present                                                  None Present

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TO SHOW CAUSE RE: MOTION FOR DEFAULT JUDGMENT**

On December 5, 2014, the Clerk entered default in this case at Plaintiff's Application (Dkt. #13). However, Plaintiff has not yet filed a motion for default judgment.

The Court hereby ORDERS Plaintiff to file a motion for default judgment or, in the alternative, a brief statement of reasons for not doing so, by January 28, 2015. If Plaintiff files a motion for default judgment, Plaintiff must submit a proposed order and proposed judgment for the relief requested to DOC_Chambers@cacd.uscourts.gov when the motion is filed.

Failure to respond to this order may result in this case being dismissed for failure to prosecute.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11
CIVIL-GEN                                                                                                        Initials of Deputy Clerk:  djg